

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NOS. 2:07-cr-0005-LJM-001 |
| | ) | |
| MICHAEL HARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION TO ENTER A PLEA OF GUILTY

The defendant above-named respectfully represents to the Court as follows:

1. My full true name is _Michael Harrington_ , and I request that all proceedings against me be had in the name which I here declare to be my true name.

2. I was born on ▮▮▮▮▮▮ , 19 _42_ at _INDIANAPOLIS_ , in the State of _IN_ . I have attended school and completed my schooling through the _12_ grade; and I have the ability to read, write and understand the English language.

3. I am represented by counsel and my attorney's name is _Laura Paul_ .

4. I have received a copy of the Indictment before being called upon to plead. I have read and discussed it with my attorney and believe and feel that I understand every accusation made against me in this case.

5. I have told my attorney the facts and surrounding circumstances as known to me concerning the matters mentioned in the Indictment, and believe and feel that my attorney is fully informed as to all such matters. My attorney has since informed, counseled and advised me as to

the nature and cause of every accusation against me and as to any possible defenses I might have in this case.

6.      My attorney has advised me that the punishment which the law provides is as follows:

| Count | Minimum Years of Imprisonment | Maximum Years of Imprisonment | Maximum fine[1] for each of the Counts is: |
|-------|-------------------------------|-------------------------------|--------------------------------------------|
| 1 | 5 | 40 | $2,000,000 |

My attorney has also advised me that my sentence will fall within the minimum and maximum statutory limits and that the United States Sentencing Guidelines, although not binding, will be consulted by the Court and taken into account, along with other relevant information, in determining my sentence. I understand that restitution may also be imposed. Also that probation may or may not be granted; that if I plead "Guilty" to more than one offense (Count), the Court may order the sentences to be served consecutively one after another and the Court may order restitution.

7.      I understand that I will have to pay a Special Assessment of $100.00 for each felony count and $50.00 for each misdemeanor count to which I have plead guilty pursuant to Title 18, United States Code, Section 3013.

8.      I understand that I am entitled to have all of my rights which may be involved in this matter explained to me, and that I have the right to have any questions I may have answered for me.

9.      I understand that I may, if I so choose, plead "Not Guilty" to any offense charged against me, and that if I choose to plead "Not Guilty" the Constitution guarantees me:  (a) the right to a speedy and public trial by jury in the District in which I am charged; (b) the right to be considered for release

---

[1]18 U.S.C. § 3571

2

until my trial occurs[2]; (c) the right to see and hear all the witnesses against me at my trial; (d) the right to use the power and the process of the Court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial; (e) the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be; and (f) that in the event that I should be found guilty of the charge against me, I would have a right to appeal my conviction on such charge to a higher court.

10.     I understand also, that if I plead "Guilty", the Court may impose the same punishment as if I had plead "Not Guilty", had stood trial and been convicted by a jury.

11.     Except for the provisions of the Plea Agreement, I declare that no officer or agent of any branch of government (federal, state or local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence, or probation, or any other form of leniency, if I would plead "Guilty". I hope to receive probation, but am prepared to accept any punishment permitted by law which the Court may see fit to impose. However, I respectfully request that the Court consider in mitigation of punishment at the time of sentencing the fact that by voluntarily pleading "Guilty" I have saved the Government and the Court the expense and inconvenience of a trial. I understand that before it imposes sentence, the Court will address me personally and ask me if I wish to make a statement on my behalf and to present any information in mitigation of punishment.

12.     I believe and feel that my attorney has done all that anyone could do to counsel and assist me and that I now understand the proceedings in this case against me.

---

[2]Title 18, U.S.C. §§ 3141-3156, Release and Detention Pending Judicial Proceedings.

3

13. I know the Court will not accept a plea of "Guilty" from anyone who claims to be innocent and, with that in mind and because I make no claim of innocence, I wish to plead "Guilty", and respectfully request the Court to accept my plea as follows: "Guilty" as charged to both Indictments.

14. I declare that I offer my plea of "Guilty" freely and voluntarily and of my own accord; also that my attorney has explained to me, and I believe and feel I understand, the statements set forth in the Indictment and in this petition, and in the "Certificate of Counsel" which is attached to this petition.

15. I further state that I wish the Court to omit and consider as waived by me all readings of the Indictment in open Court, and all further proceedings regarding my arraignment, and I pray the Court to accept and enter now my plea of "Guilty" as set forth above in paragraph 13 of this petition.

16. I further state that I will contact the United States Probation Office in the United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204 (Telephone: (317) 226-6751)) within 5 calendar days of my signing this Petition so that the presentence investigation may be commenced.

17. I understand that this case will be scheduled for trial on August 6, 2007 and I request a continuance of that trial date as it applies to me.

Signed by me in the presence of my attorney this $\underline{23}$ day of $\underline{\text{July}}$____, 2007.

MICHAEL HARRINGTON
Defendant

4

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, hereby certifies as follows:

1.     I have read and fully explained to the Defendant all the accusations against the defendant which are set forth in the Indictment in this case;

2.     To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

3.     The plea of "Guilty" as offered by the defendant in paragraph 13 of the foregoing petition accords with my understanding of the facts as related to me by the defendant and is consistent with my advice to the defendant;

4.     In my opinion, the defendant's waiver of all reading of the Indictment in open Court, and in all further proceedings regarding arraignment as provided in Rule 10, is voluntarily and understandingly made; and I recommend to the Court that the waiver be accepted by the Court;

5.     In my opinion, the plea of "Guilty" as offered by the defendant in paragraph 13 of the foregoing petition is voluntarily and understandingly made and I recommend to the Court that the plea of "Guilty" be now accepted and entered on behalf of the defendant as requested in paragraph 13 of the foregoing petition.

Signed by me in the presence of the defendant above-named

this 23 day of January , 2008.

Laura Paul
Attorney for Defendant

5